**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Helayne Seidman, <br><br>          Plaintiff, <br><br>          v. <br><br> Seven and Eight LLC, <br><br>          Defendant. | Case No: 1:24-cv-02833-JLR |

## [~~PROPOSED~~] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Helayne Seidman's ("*Plaintiff*") application for entry of a default judgment against defendant Seven and Eight LLC("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $5,550 in statutory damages for copyright infringement, $2,570.00 in attorneys' fees, and $460.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application on __August 28, 2024__, and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; it is

**FURTHER ORDERED** that Defendant shall pay $~~5,550~~ 2,220 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $~~2,570.00~~ 2,240 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  August 28, 2024
          New York, New York

**SO ORDERED.**

_Jennifer Rochon_

Hon. Jennifer L. Rochon
United States District Judge

DATED: